THE CITY OF NAPERVILLE, Plaintiff-Appellant, v. GARY C. SCHIAVO, Defendant-Appellee.

Second District No. 2—00—1326

Opinion filed January 18, 2002.

The opinion in *City of Naperville v. Schiavo*, No. 2—00—1326, filed January 18, 2002, was vacated and the appeal was dismissed on September 26, 2002.